FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 OCT 22 PM 3:23
CLERK_____
S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RK CONSTRUCTION & DEVELOPMENT COMPANY, d/b/a Southern Pine Company of Georgia,<br><br>Plaintiff,<br><br>v.<br><br>THE FREIGHT RATE COMPANY; MARCO TRANSPORT SERVICES; and 3 WAY SUB, LLC;<br><br>Defendants. | CASE NO. CV414-047 |

## O R D E R

Before the Court is the parties' Notice of Dismissal With Prejudice. (Doc. 18.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against all Defendants are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. As a result of dismissal, Defendant 3 Way Sub, LLC's Motion for Judgment on the Pleadings (Doc. 6) and Plaintiff's Motion to Remand (Doc. 7) are both **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22nd day of October 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA